UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RAMIREZ,<br><br>   Plaintiff,<br><br>   v.<br><br>CDCR – California Corrections and ARAGON, employees for CDCR Nurse,<br><br>   Defendants. | No. 1:19-cv-01688-DAD-GSA<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION DUE TO PLAINTIFF'S FAILURE TO OBEY A COURT ORDER, TO PROSECUTE, AND FOR FAILURE TO STATE A CLAIM<br><br>(Doc. No. 11) |

   Plaintiff Jose Ramirez is proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

   On October 21, 2020, the assigned magistrate judge screened plaintiff's complaint in this action and found that he had failed to state any cognizable claims under 42 U.S.C. § 1983.  (Doc. No. 9.)  Plaintiff was given thirty (30) days from the date of service of that screening order to file a first amended complaint.  (*Id*. at 11.)  The court served the screening order on plaintiff by mail at his address of record on October 21, 2020; however, plaintiff has not filed a first amended complaint.

/////

1

1        Accordingly, on December 4, 2020, the magistrate judge issued findings and
recommendations recommending that this action be dismissed due to plaintiff's failure to obey a court order, failure to prosecute, and failure to state a claim upon which relief may be granted. (Doc. No. 11.)  Those findings and recommendations were served on plaintiff by mail on December 4, 2020 and contained notice that any objections thereto were to be filed within fourteen (14) days of service of the findings and recommendations.  (*Id.* at 2.)  To date, no objections to the pending findings and recommendations have been filed, and the time in which to do so has now passed.

       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

       Accordingly,

1. The findings and recommendations issued on December 4, 2020 (Doc. No. 11) are adopted;
2. This action is dismissed due to plaintiff's failure to obey a court order and failure to prosecute; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **January 12, 2021**             /s/ Dale A. Drozd
                                                        UNITED STATES DISTRICT JUDGE